UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
07-61488-CIV-MORENO

SHAROLYN MOULTON,

    Plaintiff,

vs.

UNIVERSAL EXPRESS, INC., RICHARD A. ALTOMARE, and CHRIS G. GUNDERSON,

    Defendants.
_____/



## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Final Default Judgment Against Defendants **(D.E. No. 18)**, filed on **May 1, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendants UNIVERSAL EXPRESS, INC., RICHARD A. ALTOMARE, and CHRIS G. GUNDERSON for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from the Defendants. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff SHAROLYN MOULTON and against Defendant UNIVERSAL EXPRESS, INC., RICHARD A. ALTOMARE, and CHRIS G. GUNDERSON. It is further

**ADJUDGED** that Plaintiff shall recover from Defendants:

(1.)    Compensatory damages in the amount of $5,460.00;

  (2.)  Attorney's fees in the amount of $3,412.50; and

  (3.)  Costs in the amount of $675.00.

  The sum total of **$9547.50** is owed Plaintiff by Defendants.  For which sum let execution issue.  Further, it is

  **ORDERED** that this case is closed.

  DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of May, 2008.

              _____
              FEDERICO A. MORENO
              UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record