UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 07-61488-CIV-MORENO

SHAROLYN MOULTON,

    Plaintiff,

vs.

UNIVERSAL EXPRESS, INC., RICHARD A.
ALTOMARE and CHRIS G. GUNDERSON,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR CONTEMPT AND FOR
SANCTIONS AGAINST DEFENDANTS UNIVERSAL EXPRESS, INC.,
RICHARD A. ALTOMARE and CHRIS GUNDERSON**

Plaintiff, SHAROLYN MOULTON, by and through her undersigned counsel, files this Motion for Contempt and for Sanctions, and states as follows:

1. On May 27, 2008, the Court entered a Final Order of Dismissal against Defendants, [D.E. #19], awarding judgment for Plaintiff in the total amount of $**9,547.50**.

2. To date, Defendants, however, have refused to make any payments pursuant to this Court's Order.

3. On, April 21, 2009, the Plaintiff set the deposition of Defendant, Chris G. Gunderson, for May 20, 2009, in regards to this judgment.

4. After Defendant failed to appear for his deposition, Plaintiff, through her counsel, filed a Motion to Compel Deposition Appearance. [D.E. #20]

5. On September 15, 2009, the Court entered an Order requiring Defendant Chris Gunderson to appear for deposition before October 10, 2009. [D.E. #21]

      6.      As such, on September 21, 2009 the Plaintiff set the deposition of Defendant Chris Gunderson, for October 8, 2009 pursuant to the Court's September 15, 2009 Order.

      7.      Despite this deposition notice and the Order of the Court, Defendant Chris Gunderson again failed to appear at the deposition.

      8.      Plaintiff's counsel certifies as an officer of this Court that Defendant was provided with sufficient notice for the deposition, and did not appear at the scheduled time.

      9.      As such, the Plaintiff would request that the Defendant Chris Gunderson be held in contempt of Court, be ordered to pay the amounts as required by the Final Order of Dismissal; and award and/or reserve jurisdiction for attorney fees and costs.

WHEREFORE, the Plaintiff requests that the instant Motion be granted.

Respectfully submitted,

| | |
|---|---|
| WHITELOCK & ASSOCIATES, P.A. | LEVY & LEVY, P.A. |
| 300 Southeast Thirteenth Street | 300 Southeast Thirteenth Street |
| Fort Lauderdale, Florida 33316 | Fort Lauderdale, Florida 33316 |
| Telephone:  (954) 463-2001 | Telephone:   (954) 763-5722 |
| Facsimile:   (954) 463-0410 | Facsimile:    (954) 763-5723 |
| E-mail: cjwhitelock@bellsouth.net | E-mail: chad@levylevylaw.com |
| Co-Counsel for Plaintiff | Co-Counsel for Plaintiff |
| | |
| */s/ Christopher J. Whitelock*_____ | */s/ Chad E. Levy*_____ |
| Christopher J. Whitelock | Chad E. Levy |
| Florida Bar No. 067539 | Florida Bar No.  0851701 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 23, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                  s/Christopher J. Whitelock
                                                  CHRISTOPHER J. WHITELOCK

**SERVICE LIST**
**Case No. 07-61488-CIV-MORENO**

Universal Express Inc.
1201 Hay Street
Tallahassee, FL

Richard A. Altomare
1350 Broadway, Suite 1203
New York, NY 10010

Chris G. Gunderson
4107 42nd Street, #4A
Sunnyside, NY